## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE MALONEY and CHARLES, MALONEY )<br>)<br>)<br>      Plaintiff,    )<br>)<br>vs.    )<br>)<br>CHRISTINE SALVATORE,    )<br>)<br>      Defendant.    ) | 8:09CV67<br><br>ORDER |

A settlement conference with the undersigned magistrate judge and the parties convened on June 24, 2010. The parties arrived at a settlement.

**IT IS ORDERED:**

1. On or before **July 7, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at *gossett@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 41.1.

3. The pretrial conference and trial previously scheduled are cancelled upon settlement.

DATED this 24th day of June, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge