## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JULIE A. MALONEY and CHARLES M.   )        CASE 8:09-CV-00067
MALONEY, wife and husband,        )
                                  )
        Plaintiffs,               )
                                  )        ORDER FOR DISMISSAL
vs.                               )
                                  )
CHRISTINE E. SALVATORE,           )
                                  )
        Defendant.                )

This matter coming on before the Court on the Stipulation of the parties for dismissal of the above-captioned matter with prejudice, each party to pay their own costs, complete record waived (Filing No. 42).

The Court, being fully apprised in the premises, finds that such Order should issue.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned matter should be, and it hereby is, dismissed with prejudice, each party to pay their own costs.

DATED this 9th day of July 2010.

BY THE COURT:

s/ F. A. GOSSETT
UNITED STATES MAGISTRATE JUDGE

**PREPARED AND SUBMITTED BY:**
NOLAN, OLSON & STRYKER, P.C., L.L.O.
Two Old Mill, Suite 240
Omaha, Nebraska 68154
(402) 932-5126
Julie A. Martin, #20455
EMAIL: JMARTIN@NOLANOLSON.COM

**APPROVED AS TO FORM AND CONTENT:**
/S/ JAMES WALZ
JAMES WALZ, #22497
209 S. 19th St., Ste 525
Omaha, NE 68102
Telephone: (402) 505-4055
E-mail: walzlaw@cox.net